

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LIFE PARTNERS HOLDINGS, INC. AND BRIAN PARDO, Plaintiffs | § § § § |
| VS. | § CIVIL ACTION NO. W09CA085 § |
| PHILLIP KANE, Defendant | § § § |

## COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME LIFE PARTNERS HOLDINGS, INC. and BRIAN PARDO, Plaintiffs, and file this Complaint, complaining of PHILLIP KANE, Defendant, and would show the Court the following:

### Parties

1. Plaintiff, LIFE PARTNERS HOLDINGS, INC., is incorporated under the laws of the State of Texas and is domiciled in Waco, Texas. Plaintiff, BRIAN PARDO, is a citizen of the State of Texas.

2. Defendant, PHILLIP KANE, is a natural person and is a citizen of the State of New Jersey and may be served at 333 River Street, Hoboken, New Jersey 07030-5856.

### Jurisdiction

3. This Court has jurisdiction of this suit pursuant to 28 U.S.C. §1332, for this is a suit between citizens of different states, and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

**Venue**

4. Venue is proper in the Western District of Texas by virtue of 28 U.S.C. §1391 and is founded on diversity of citizenship and is brought in the judicial district in which a substantial part of the events or omissions given rise to the claim occurred. This suit is brought for libel which was published to third parties in McLennan County, Texas, which is in the Waco Division of the Western District of Texas.

**Factual Allegations**

5. At all times material hereto, LIFE PARTNERS HOLDINGS, INC. was and is a corporation incorporated under the laws of the State of Texas with its domicile in Waco, Texas. LPHI is a holding company and the parent company of Life Partners, Inc., a life settlement company. Life Partners, Inc. has been in this business for over seventeen (17) years and maintains a good reputation in the industry as a reputable and ethical company. LPHI is a publicly traded holding company of Life Partners, Inc. and is traded on the NASDAQ stock exchange under the ticker symbol LPHI. LPHI possesses and maintains a good reputation in the industry as a reputable and ethical company.

6. At all material times, BRIAN PARDO was and is the CEO of LPHI. He has managed LPHI for many years and has maintained a good reputation in that industry as a reputable and ethical individual.

7. Upon information and belief, the Defendant, PHILLIP KANE, is a natural person residing in New Jersey and using the fictitious

name or screen name of reel_mckoi on Yahoo Finance, an internet service provider. Beginning in 2009, the Defendant has been posting false, misleading and libelous statements about LPHI and PARDO on online message boards. These postings are made under veil of attempted anonymity through online usernames. In posting the false and libelous statements about Plaintiffs on Yahoo Finance, Defendant knew that this information would be published to third parties all over the world, including third parties in Waco, Texas. These statements were published and communicated in writing and in print to third parties capable of understanding their defamatory import in Waco, Texas. The Defendant well knew that the messages posted by him on the internet were libelous and untrue, and they were posted by the Defendant in an effort to intentionally injure and harm Plaintiffs and expose Plaintiffs to public hatred, ridicule, financial injury and thereby exposing Plaintiffs to public hatred, ridicule and financial injury.

8. Some of the libelous statements posted by Defendant are as follows:

a. "lphi=scam rips off INVESTORS!!! and policy sellers! will be shut down soon..."

b. "Scam policies; typical of industry."

c. "LPHI out of business by March 31st? any takers? eyes are all over them now...how many of their stupid 'high worth retail' investors will ignore all the warning signs...look out for blood and guts coming next week..."

d. "Pardo (the CEO of LPHI) will go to jail selling to naive retail customers extremely complex deal like life settlements! hah...the 2 bit auditors will go with him."

    e.    "...the vast majority of the market is farudsters (sic) like LPHI."

    f.    "life settlements = ponzi scheme"

    g.    "business is a complete sham....they ripp (sic) of (sic) policyholders and scam investors..."

The above statements are untrue and libelous per se and, in addition to committing the tort of defamation, has committed the tort of business disparagement. Defendant with lack of privilege published such statements with actual malice and/or with negligence regarding the truth of the statements, proximately causing Plaintiffs to suffer special damages as hereinafter set out.

9. Upon information and belief, Plaintiffs will show that Defendant in conspiracy with unnamed conspirators are engaging in selling stock of LPHI short. The stock being sold short by them is done with the belief that the stock price will decrease and that they will be able to buy the shares in the market at a lower price to cover the short sales. The Defendant and his co-conspirators desiring for the value of the stock to fall is the motive for Defendant's placing the libelous statements on the internet. He is attempting to manipulate and drive the stock price lower and injure Plaintiffs, so that Defendant and the co-conspirators can make a large profit when purchasing the shares to cover the short sales.

### Damages

10. Since the above statements are libelous per se, damages are conclusively presumed and need not be proved, and each Plaintiff is entitled to recover presumed actual damages in the

amount of 10 million dollars each.

Even though the language is actionable per se, Plaintiffs are also entitled to recover for business disparagement and other special damages as set out in paragraph 11.

11. As a direct and proximate result of the libelous statements made by the Defendant, LPHI has suffered damage to its reputation which has resulted in loss of profits which it would have made. In addition thereto, LPHI owns shares of its stock which, had the slanderous statements not been made, it could have sold for $40.00 a share. As a result of the slanderous statements, the market value of the shares has been reduced, to LPHI's additional damages. The total damage suffered by LPHI, for which this suit is brought, is in excess of 10 million dollars.

PARDO has been the CEO of LPHI for many years, during which time he has built up an excellent reputation in honesty, fair dealing and providing excellent leadership for LPHI. As a result of the libelous statements, this reputation has been seriously damaged, resulting in damage to PARDO. Plaintiffs allege that PARDO is entitled and asks that judgment be taken against the Defendant for his damages in a sum in excess of 10 million dollars.

### Exemplary Damages

12. Placing the false statements on the internet was done maliciously and with the intent to injure Plaintiffs; therefore, in addition to the damages hereinafter, set out Plaintiffs are entitled to recover exemplary or punitive damages to deter the

Defendant and those of like nature from repeating such conduct, which should be at least the sum of 50 million dollars.

## Injunction

13. Plaintiffs will show that unless the Court enters a permanent injunction against Defendant enjoining him from making the above statements or similar libelous statements about the Plaintiffs or either of them, that the Plaintiffs will suffer irreparable harm and damage, for which they have no adequate remedy at law and that the Defendant should be enjoined and restrained permanently from making any slanderous or libelous statements against the Plaintiffs.

WHEREFORE, Plaintiffs pray that Defendant be cited and upon hearing hereof that each Plaintiff have judgment for his damages, costs of court and any other relief for which each Plaintiff is entitled to receive.

Respectfully submitted,

_____
Vance Dunnam
State Bar No. 06257000
4125 West Waco Drive
Post Office Box 8418
Waco, Texas 76714
(254) 753-6437
FAX (254) 753-7434

ATTORNEY FOR PLAINTIFFS

THE STATE OF TEXAS )

COUNTY OF McLENNAN )

I, BRIAN PARDO, after having been duly sworn upon oath, state that I am the Plaintiff in the above Complaint, and the

facts contained therein are true and correct.

_____
BRIAN PARDO

SWORN TO AND SUBSCRIBED BEFORE ME by the said BRIAN PARDO on this  7  day of April, 2009.



_Christina R. Butler_
Notary Public, State of Texas

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

**W09CA085**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Life Partners Holdings, Inc. and Brian Pardo

## DEFENDANTS
Phillip Kane

**(b)** County of Residence of First Listed Plaintiff: **McLennan County**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Hudson County**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Vance Dunnam
4125 West Waco, Drive. Waco, Texas. 76714
254-753-7434

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332
Brief description of cause:
Libel and business disparagement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

INTAKE COPY

# FILING FEE RECEIPT COPY

DUPLICATE

Court Name: TEXAS WESTERN
Division: 6
Receipt Number: 600001236
Cashier ID: mcunning
Transaction Date: 04/08/2009
Payer Name: Dunnam Dunnam LLP

---

CIVIL FILING FEE
 For: Dunnam Dunnam LLP
 Amount:      $350.00

---

CHECK
 Remitter: Dunnam & Dunnam LLP
 Check/Money Order Num: 14879
 Amt Tendered:  $350.00

---

Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

Filing Fee Civil Case, Life
Partners Holdings, Inc. and Brian
Pardo vs. Phillip Kane, D TXW 6 09
CV 000085 001.